**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael Cordaniez MILLIGAN, Defendant–Appellant.**

**No. 08–14684**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 19, 2009.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Rafael Cordaniez Milligan, Edgefield, SC, pro se.

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

John J. Pilcher, II, appointed counsel for Rafael Cordaniez Milligan, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Milligan's convictions and sentences are **AFFIRMED.**